**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-61937-SMITH**

SUZETTE KELLY,

    Plaintiff,

vs.

FASHION NOVA, INC.

    Defendant.

_____/

**ORDER DENYING MOTION FOR REFERRAL TO**
**VOLUNTEER ATTORNEY PROGRAM**

This cause is before the Court on Plaintiff's Motion for Referral to Volunteer Attorney Program ("Motion") [DE 8]. "A court may . . . pursuant to 28 U.S.C. § 1915(e)(1), appoint counsel for an indigent plaintiff. The district court has broad discretion in making this decision . . . and should appoint counsel only in exceptional circumstances." *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999) (internal citations omitted). In her Motion, Plaintiff states that she requested authorization to proceed *in forma pauperis* pursuant to 28. U.S.C. § 1915 or is otherwise unable to afford a lawyer. However, Plaintiff's failure to provide all the required information on her application to proceed *in forma pauperis* prevented the Court from determining her ability to pay the filing fee and thus the Court denied her application. Plaintiff has not otherwise demonstrated indigence or that she is unable to afford an attorney. Accordingly, it is

    **ORDERED** that:

    Plaintiff's Motion for Referral to Volunteer Attorney Program [DE 8] is **DENIED.**

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 16th day of June 2022.

*[signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record/Pro se parties