## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SUZETTE A. KELLY, an individual
and SARAHI FASHION HOUSE, INC.,
a Florida corporation,

      Plaintiffs,
                                       CASE NO.: 0:21-CV-61937-RS

vs.

FASHION NOVA, LLC, a California
limited liability company,

      Defendant.

_____

### FASHION NOVA, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Fashion Nova, LLC, states that Defendant's parent corporation is Fashion Nova Holdings, LLC and that no publicly held corporation owns 10% or more of Defendant's stock.

Dated: August 4, 2022                               Respectfully submitted,

                                         */s/     Laura Ganoza*
                                         Laura Ganoza (Fl. Bar No. 118532)
                                         Foley & Lardner LLP
                                         2 South Biscayne Boulevard
                                         Miami, Florida 33133
                                         Telephone:  (305) 482-8400
                                         Facsimile:  (305) 482-8600
                                         lganoza@foley.com

                                         Jeanne M. Gills (pending *pro hac vice*)
                                         321 North Clark Street, Suite 3000
                                         Chicago, Illinois 60654-4762
                                         Telephone: (312) 832-4583
                                         Facsimile: (312) 832-4700
                                         jmgills@foley.com

                                         Kelsey C. Boehm (pending *pro hac vice*)
                                         Foley & Lardner LLP
                                         1400 16th Street Mall

Denver, Colorado 80202
Telephone: (720) 437-2000
Facsimile: (720) 437-2200
kboehm@foley.com

***Counsel for Defendant Fashion Nova, LLC***

4877-2082-9741.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2022, a true copy of the attached document was filed through the Southern District of Florida ECF system and will be sent electronically to all counsel of record, as identified on the Notice of Electronic Filing.

*/s/ Laura Ganoza*
Laura Ganoza
