Justin M. Sobaje (State Bar No. 234165)
email: jsobaje@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: 213-972-4596
Facsimile: 213-486-0065

Jeanne M. Gills (*pro hac vice pending*)
email: jmgills@foley.com
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone: 312-832-4500
Facsimile: 312-832-4700

Kelsey C. Boehm (*pro hac vice pending*)
email: kboehm@foley.com
**FOLEY & LARDNER LLP**
31400 16th Street, Suite 200
Denver, Colorado 80202
Telephone: 720-437-2000
Facsimile: 720-437-2200

Attorneys for **FASHION NOVA, LLC (f/k/a FASHION NOVA, INC.)**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION AT LOS ANGELES**

| | |
|---|---|
| **SUZETTE A. KELLY**, an individual and **SARAHI FASHION HOUSE, INC.**, a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**FASHION NOVA, INC.**, a California Corporation,<br><br>Defendant. | Case No: 2:23-cv-02360-JAK-RAO<br><br>**DEFENDANT'S RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant Fashion Nova, LLC[1], certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    Fashion Nova, LLC:  Defendant; and

    2.    Fashion Nova Holdings, LLC: Defendant's parent corporation.

Dated:  April 12, 2023

/s/ *Justin M. Sobaje*
Jeanne M. Gills
Justin M. Sobaje
Kelsey C. Boehm

**FOLEY & LARDNER LLP**

**Attorneys of Record for Defendant Fashion Nova, LLC (f/k/a FASHION NOVA, INC.)**

---

[1] Fashion Nova, Inc. has become Fashion Nova, LLC and, thus, this Notice of Interested Parties for Fashion Nova, Inc. is provided by Fashion Nova, LLC. The parties can submit a request to correct the case caption if the case proceeds.

-1-