| | |
|---|---|
| 1 | Justin M. Sobaje (State Bar No. 234165) |
| 2 | email:  jsobaje@foley.com<br>**FOLEY & LARDNER LLP** |
| 3 | 555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418 |
| 4 | Telephone:  213-972-4596<br>Facsimile:   213-486-0065 |
| 5 | Jeanne M. Gills (*pro hac vice*) |
| 6 | email:  jmgills@foley.com<br>**FOLEY & LARDNER LLP** |
| 7 | 321 North Clark Street, Suite 3000<br>Chicago, IL 60654-4762 |
| 8 | Telephone:  312-832-4500<br>Facsimile:   312-832-4700 |
| 9 | Kelsey C. Boehm (*pro hac vice*) |
| 10 | email: kboehm@foley.com<br>**FOLEY & LARDNER LLP** |
| 11 | 31400 16th Street, Suite 200<br>Denver, Colorado 80202 |
| 12 | Telephone:  720-437-2000<br>Facsimile:   720-437-2200 |
| 13 | Attorneys for **FASHION NOVA, LLC** |
| 14 | **(f/k/a FASHION NOVA, INC.)** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION AT LOS ANGELES**

| | |
|---|---|
| **SUZETTE A. KELLY**, an individual and **SARAHI FASHION HOUSE, INC.**, a Florida corporation,<br><br>                 Plaintiffs,<br><br>          v.<br><br>**FASHION NOVA, INC.**, a California Corporation,<br><br>                 Defendant. | Case No:  2:23-cv-02360-JAK-RAO<br><br>**DEFENDANT'S NOTICE OF DESIGNATION OF LEAD ATTORNEY** |

The undersigned, counsel of record for Defendant Fashion Nova, LLC[1], hereby states that Fashion Nova, LLC designates Jeanne M. Gills as its Lead Attorney.

Dated: April 17, 2023

/s/ *Jeanne M. Gills*
Jeanne M. Gills
Justin M. Sobaje
Kelsey C. Boehm

**FOLEY & LARDNER LLP**

**Attorneys of Record for Defendant Fashion Nova, LLC (f/k/a FASHION NOVA, INC.)**

---

[1] Fashion Nova, Inc. has become Fashion Nova, LLC and, thus, this Notice of Designation of Lead Attorney for Fashion Nova, Inc. is provided by Fashion Nova, LLC. The parties can submit a request to correct the case caption if the case proceeds.