# EXHIBIT "A"

US00D674991S

(12) **United States Design Patent**  (10) Patent No.:  **US D674,991 S**

Kelly  (45) Date of Patent:  \*\*  **Jan. 29, 2013**

(54) **JEANS**

(76) Inventor:  **Suzette Kelly**, Miami, FL (US)

(\*\*) Term:  **14 Years**

(21) Appl. No.: **29/425,063**

(22) Filed:  **Jun. 19, 2012**

(51) **LOC (9) Cl.** .................................. **02-02**
(52) **U.S. Cl.** ...................................... **D2/742**
(58) **Field of Classification Search** ................. D2/712,
D2/731, 737, 738, 742; 2/79, 227, 228, 234–238
See application file for complete search history.

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 373,628 | A | \* | 11/1887 | Wood et al. ...................... 2/228 |
| 620,435 | A | \* | 2/1899 | Fisher ............................ 2/227 |
| 2,417,529 | A | \* | 3/1947 | Terry ............................ 2/227 |
| D339,220 | S | \* | 9/1993 | Buziol ........................... D2/742 |
| D461,943 | S | \* | 8/2002 | Lyden ........................... D2/742 |
| D483,924 | S | \* | 12/2003 | Morisset ........................ D2/742 |
| D600,882 | S | \* | 9/2009 | Johnson, Jr. .................... D2/742 |
| D606,284 | S | \* | 12/2009 | Caten et al. .................... D2/742 |
| D647,689 | S | \* | 11/2011 | Girbaud et al. ................ D2/742 |
| 2004/0205879 | A1 | \* | 10/2004 | Leba ................................. 2/247 |
| 2011/0185470 | A1 | \* | 8/2011 | Jones ................................. 2/69 |

\* cited by examiner

*Primary Examiner* — Rashida Johnson
(74) *Attorney, Agent, or Firm* — Carol N. Green, Esq.

(57)  **CLAIM**

The ornamental design for the jeans, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the jeans.
FIG. **2** is a front view of the jeans.
FIG. **3** is a rear view of the jeans.
FIG. **4** is a right side view of the jeans.
FIG. **5** is left side plan view of the jeans; and,
FIG. **6** is a reduced front view of the jeans; the broken lines representing portions of the human form show the jeans being worn and form no part of the claimed design.
The broken lines, shown throughout the views on the surface of the jeans, represent stitching.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6