# EXHIBIT "B"

(12) **United States Design Patent**
Kelly

(10) Patent No.: **US D686,800 S**
(45) Date of Patent: ∗∗ ∗**Jul. 30, 2013**

(54) **JEANS**

(76) Inventor: **Suzette Kelly**, Miami, FL (US)

( ∗ ) Notice: This patent is subject to a terminal disclaimer.

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/425,064**

(22) Filed: **Jun. 19, 2012**

(51) **LOC (9) Cl.** .................................................. 02-02
(52) **U.S. Cl.**
 USPC ........................................................ **D2/742**
(58) **Field of Classification Search**
 USPC ................ D2/712, 731, 737, 738, 742; 2/79,
  2/227, 228, 234–238
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 373,628 | A | ∗ | 11/1887 | Wood et al. ......................... | 2/228 |
| 620,435 | A | ∗ | 2/1899 | Fisher ................................. | 2/227 |
| 2,417,529 | A | ∗ | 3/1947 | Terry ................................... | 2/227 |
| D339,220 | S | ∗ | 9/1993 | Buziol ............................. | D2/742 |
| D461,943 | S | ∗ | 8/2002 | Lyden ............................. | D2/742 |
| D483,924 | S | ∗ | 12/2003 | Morisset ......................... | D2/742 |
| D600,882 | S | ∗ | 9/2009 | Johnson, Jr. .................... | D2/742 |
| D606,284 | S | ∗ | 12/2009 | Caten et al. ..................... | D2/742 |
| D647,689 | S | ∗ | 11/2011 | Girbaud et al. ................. | D2/742 |
| 2004/0205879 | A1 | ∗ | 10/2004 | Leba ................................. | 2/247 |
| 2011/0185470 | A1 | ∗ | 8/2011 | Jones ................................. | 2/69 |

∗ cited by examiner

*Primary Examiner* — Rashida Johnson
(74) *Attorney, Agent, or Firm* — Carol N. Green, Esq.

(57) **CLAIM**
The ornamental design for the jeans, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the jeans.
FIG. **2** is a front view of the jeans.
FIG. **3** is a rear view of the jeans.
FIG. **4** is a right side view of the jeans.
FIG. **5** is left side view of the jeans; and,
FIG. **6** is a reduced front view of the jeans in use.
The broken lines representing portions of the human form as shown in FIG. **6** show the jeans being worn and form no part of the claimed design. The broken lines shown throughout the views, i.e. FIGS. **1-6** on the surface of the jeans represent stitching.

**1 Claim, 6 Drawing Sheets**






FIG. 1



FIG. 2

**U.S. Patent**  **Jul. 30, 2013**  **Sheet 3 of 6**  **US D686,800 S**



FIG. 3



FIG. 4



FIG. 5



FIG. 6