# EXHIBIT "C"

**From:** Suzette Kelly <sarahi.fashion@gmail.com>
**Date:** October 10, 2017 at 12:34:13 PM EDT
**To:** info@fashionnova.com
**Subject: Sarahi Jeans**

Download Attachment
Available until Nov 9, 2017

To whom it may concern

I would like to get. Ore information on selling my jeans on Fashion Nova, these jeans are patent because of their unique fit.

Click to Download

Sarahi Jeans 2017.pdf
0 bytes

See previous look book attached

Sincerely

*Suzette A. Kelly*
*Chief Designer*

**Sarahi House of Fashion**
**Princess" "Queen" Mother of all Nations,   For All Women**

PO Box 10064 Box
Miami, FL 33101
786 482-3662

**Important Notice:** The information contained in this email, including any attached files, may be confidential, proprietary and/or legally privileged. If you are not the intended recipient, or have received this email in error, please notify the sender immediately and be advised that any review, disclosure, distribution or other use of this e-mail, including any attached files, is strictly prohibited

PL0029





PL0029

PL0030



The United States of America

## The Director of the United States Patent and Trademark Office

Has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this

## United States Patent

Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

*David J. Kappos*

Director of the United States Patent and Trademark Office

PL0030

PL0031

US00D674991S

(12) **United States Design Patent**
Kelly

(10) Patent No.: **US D674,991 S**
(45) Date of Patent: ** **Jan. 29, 2013**

(54) **JEANS**

(76) Inventor: **Suzette Kelly**, Miami, FL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/425,063**

(22) Filed: **Jun. 19, 2012**

(51) LOC (9) Cl. ............................................. **02-02**
(52) U.S. Cl. ............................................. **D2/742**
(58) Field of Classification Search .............. D2/712,
D2/731, 737, 738, 742;  2/79, 227, 228, 234–238
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 373,628 | A | * | 11/1887 | Wood et al. | 2/228 |
| 620,435 | A | * | 2/1899 | Fisher | 2/227 |
| 2,417,529 | A | * | 3/1947 | Terry | 2/227 |
| D339,220 | S | * | 9/1993 | Buziol | D2/742 |
| D461,943 | S | * | 8/2002 | Lyden | D2/742 |
| D483,924 | S | * | 12/2003 | Morisset | D2/742 |
| D600,882 | S | * | 9/2009 | Johnson, Jr. | D2/742 |
| D606,284 | S | * | 12/2009 | Caten et al. | D2/742 |
| D647,689 | S | * | 11/2011 | Gilsund et al. | D2/742 |
| 2004/0205879 | A1 | * | 10/2004 | Leba | 2/247 |
| 2011/0185470 | A1 | * | 8/2011 | Jones | 2/69 |

* cited by examiner

*Primary Examiner* — Rashida Johnson
(74) *Attorney, Agent, or Firm* — Carol N. Green, Esq.

(57) **CLAIM**
The ornamental design for the jeans, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the jeans.
FIG. **2** is a front view of the jeans.
FIG. **3** is a rear view of the jeans.
FIG. **4** is a right side view of the jeans.
FIG. **5** is left side plan view of the jeans; and.
FIG. **6** is a reduced front view of the jeans; the broken lines representing portions of the human form show the jeans being worn and form no part of the claimed design.
The broken lines, shown throughout the views on the surface of the jeans, represent stitching.

**1 Claim, 6 Drawing Sheets**



PL0031

PL0032



PL0033



PL0034





PL0035

PL0036



PL0037



PL0038



PL0038

PL0039



PL0040



PL0041



PL0042



PL0043



PL0043

PL0044



PL0045



PL0046





PL0048



PL0049



PL0050



PL0050

PL0051

I would first like to say thank you for taking the time to review Sarahi House of Fashion's Jeans Collection. My passion as mentioned is designing couture. However, after buying jeans that never fit correctly (I had to constantly pull and tug to get them on), I wanted to be able to own a pair of jeans that would go on easily with a comfortable fit. This led me to designing and creating the following two patents for our *Signature Collection* and *Curves Collection* branded as, "The Absolute Perfect Fit."

These amazing jeans come in two different cuts. The *Signature* Collection is the higher brand and is currently made in Italy. The signature collection was our first collection. The *Signature Collection ha*s a V cut which is shaped like a V in the front rise and a high-back rise that helps to eliminate the unwanted cracks. The V cut can either be a low v or a high V shape and comes in sizes 00 to 12.  After the rave reviews, many women asked us to make the design more affordable. So we introduced the *Curves* collection which is currently being produced in China. The *Curves Collection* has a C cut which is somewhat similar to the V cut. However, the front is more of a circular shape with the C opening up at the waist. This can also be either a low c or high C cut in the front rise. The C cut comes in sizes 00 to 26, giving the plus size woman comfortable, well-fitted jeans.

It is my desire to launch the line nationally with an anchor store that will give me the opportunity to reach all women.

PL0052

Fashion bloggers and marketing editors, including Sarah Conly of InStyle gave the jeans great reviews. The women that try the jeans on do not want to give them back. Our patented collections are not your typical pair of jeans. We believe our unique cuts and styles will be popular for women across the US. These styles create instant acclaim the moment you try them on.

Women of all shapes, heights, and sizes are absolutely raving over Sarahi Jeans with a personal tailored feel to fit. The jeans are designed in an array of colors and patterns for the chic, style-maven woman. These jeans are not magical but they come surprisingly close. We guarantee she'll absolutely love the feel & fit! It's simple, they are, "The Absolute Perfect Fit."

Sincerely

Suzette A. Kelly

PL0052