# EXHIBIT "D"



June 19, 2018.

**VIA FEDERAL EXPRESS**
Fashion Nova
Legal Department
2801 East 46 Street
Vernon, CA 90058

      Re: <u>Patented Jeans' Designs and Unfair Competition</u>

Dear Sir/Madam:

      I am counsel for Suzette Kelly, owner of U.S. Patents No. US D674,991 ("'991") (v-cut design) and US D686,800 ("'800) (circle cut design), and all intellectual property rights associated with both patents under federal law. A copy of both patents is enclosed for your reference.

      On October 10, 2017 my client forwarded several images of her unique patented jeans to Fashion Nova with her inquiry directed to an opportunity to market and sell the patented jeans on Fashion Nova's website, i.e. www.fashionnova.com. Thereafter, we noted that a plethora of jeans are being marketed and sold on www.fashionnova.com without the proper authorization, e.g. Classic High Waist Skinny Jeans and Classic Mid-Rise Skinny Jeans, which include elements that we believe are the substantial equivalent, if not identical to the '991 and '800 patents.

      Having now apprised you of my client's patent rights under federal law, we must request that Fashion Nova immediately cease and desist from further marketing and sales of my client's patented design, without her consent upon your receipt of this letter.

      Fashion Nova may wish to have its patent counsel examine its jeans with respect to the '991 and '800 patents to determine whether a non-exclusive license is needed under those patents for continued sales. If you are of the opinion that you do not need a license from Suzette Kelly, it would be helpful if you could give us some insight as to your reasons. In the interim, please cease and desist the sale of your jeans

      We look forward to your cooperative reply by **August 25, 2019.**

                Sincerely,
                **Carol Green von Kaul, P.A.**

By: *Carol Green von Kaul*

                Carol Green von Kaul, Esq.

Carol Green von Kaul, P.A., 150 NW 70th Avenue, Suite 4, Plantation, FL 33317
Tel. (954) 692-6026 / cgreen@vonkaul.legal / www.vonkaul.com