# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE KELLY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FASHION NOVA, INC.,<br><br>  Defendant. | Case No. CV 23-02360 JAK (RAOx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant Fashion Nova, LLC's ("Fashion Nova") Motion for Sanctions for Spoliation of Evidence and to Strike Deposition Testimony in Errata Sheet ("Motion"), Dkt. No. 101, Fashion Nova's Supplemental Memorandum, Dkt. No. 131, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"), dated October 30, 2023, Dkt. No. 153.  The time for filing objections to the Report has passed and no objections have been received.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

///

Accordingly, IT IS ORDERED that Fashion Nova's Motion is granted in part and denied in part as follows:

(1) Fashion Nova's request for monetary sanctions under Federal Rule of Civil Procedure 37(e)(2) for reasonable expenses, including attorneys' fees, is granted, and the matter is referred back to the Magistrate Judge for further proceedings on the determination of the amount of such monetary sanctions.

(2) Fashion Nova's request for an adverse inference instruction under Rule 37(e)(2) is granted to the extent that, if the case proceeds to trial, an instruction will be provided to the jury that it may presume the lost YouTube videos were unfavorable to Plaintiffs, including that the videos would have shown the patented designs.

(3) Fashion Nova's request for terminating sanctions or a mandatory adverse inference instruction is denied.

(4) Fashion Nova's request to strike the errata sheet for Plaintiff Suzette Kelly's deposition testimony is denied, but Fashion Nova will be permitted to use the original deposition testimony for cross-examination and impeachment purposes.

DATED:  November 16, 2023  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE