# EXHIBIT 8

*ELM Solutions*

# 2022 Real Rate Report®

The industry's leading analysis of law firm rates, trends, and practices


. Wolters Kluwer



## Report Editor

**Jeffrey Solomon**
Senior Director, Product Management Legal
Analytics, Wolters Kluwer ELM Solutions

## Lead Data Analysts

**Carol Au**
Business Systems Quantitative Analyst
Wolters Kluwer ELM Solutions

**Pankaj Saha**
Data Engineer
Wolters Kluwer ELM Solutions

## ELM Solutions Creative

**David Andrews**
Senior Graphic Designer
Wolters Kluwer ELM Solutions

## Contributing Analysts and Authors

**Jason Bender**
Legal Analytics Product Manager
Wolters Kluwer ELM Solutions

**Nathan Cemenska**
Associate Director, Product Management
Wolters Kluwer ELM Solutions

**Haemi Jung**
Strategic Business Intelligence Manager
Wolters Kluwer ELM Solutions

**Margie Sleboda**
Lead Technology Product Manager
Wolters Kluwer ELM Solutions

## Executive Sponsor

**Barry Ader**
Vice President, Product Management and
Marketing
Wolters Kluwer ELM Solutions

© 2004 - 2022 Wolters Kluwer ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business
115 Glastonbury Boulevard, Suite 102
Glastonbury, CT 06033 United States
ATTN: Marketing
+1-860-549-8795

**LEGAL CAVEAT**

Wolters Kluwer ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer ELM Solutions is not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

Exhibit 8, Page 61

# A Letter to Our Readers

**Welcome to the Wolters Kluwer ELM Solutions Real Rate Report®, the industry's leading data-driven benchmark report for lawyer rates.**

Our Real Rate Report has been a relied upon data analytics resource to the legal industry since its inception in 2010 and continues to evolve. The Real Rate Report is powered by the Wolters Kluwer ELM Solutions LegalVIEW® data warehouse, which has grown to include $155B+ in anonymized legal data.

Last year, we launched our LegalVIEW Insights report series, which presented the first-of-its-kind legal analysis of total outside spend, vendor counts, staffing ratios, and other matters. This year, LegalVIEW Insights has gone even deeper into these issues and, together with the Real Rate Report, is a great tool to benchmark performance and improve from there.

The legal services industry relies on internal analytics and the use of external data resources, such as the LegalVIEW data warehouse, to support legal management strategies. The depth and details of the data in the Real Rate Report enable you to better benchmark and make more informed investment and resourcing decisions for your organization.

As with past Real Rate Reports, all of the data analyzed are from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability to pinpoint areas of opportunity. We strive to make the Real Rate Report a valuable and actionable reference tool for legal departments and law firms.

As always, we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank our data contributors for participating in this program. And we thank you for making Wolters Kluwer ELM Solutions your trusted partner for legal industry domain expertise, data, and analytics and look forward to continuing to provide market-leading, expert solutions that deliver the best business outcomes for collaboration among legal departments and law firms.

Sincerely,

**Barry Ader**
Vice President, Product Management and Marketing
Wolters Kluwer ELM Solutions

Exhibit 8, Page 62

# Report Use Considerations

**2022 Real Rate Report**

- Examines law firm rates over time
- Identifies rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Itemizes variables that drive rates up or down

All the analyses included in the report derive from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information, along with the ranges of those rates and their changes over time, highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

**Some key factors[1] that drive rates[2]:**

**Attorney location -** Lawyers in urban and major metropolitan areas tend to charge more when compared with lawyers in rural areas or small towns.

**Litigation complexity -** The cost of representation will be higher if the case is particularly complex or time-consuming; for example, if there are a large number of documents to review, many witnesses to depose, and numerous procedural steps, the case is likely to cost more (regardless of other factors like the lawyer's level of experience).

**Years of experience and reputation -** A more experienced, higher-profile lawyer is often going to charge more, but absorbing this higher cost at the outset may make more sense than hiring a less expensive lawyer who will likely take time and billable hours to come up to speed on unfamiliar legal and procedural issues.

**Overhead -** The costs associated with the firm's support network (paralegals, clerks, and assistants), document preparation, consultants, research, and other expenses.

**Firm size –** The rates can increase if the firm is large and has various timekeeper roles at the firm. For example, the cost to work with an associate or partner at a larger firm will be higher compared to a firm that has one to two associates and a paralegal.

---

1 **David Goguen, J.D., University of San Francisco School of Law (2020) Guide to Legal Services Billing Retrieved from:** https://www.lawyers.com/legal-info/research/guide-to-legal-services-billing-rates.html
2 **Source:  2018 RRR.** Factor order validated in multiple analyses since 2010

---

Exhibit 8, Page 63

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2022 - Real Rates for Associate and Partner**                    **Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Jackson MS | Litigation | Associate | 56 | $55 | $225 | $250 | $178 | $203 | $175 |
| | Non-Litigation | Partner | 24 | $315 | $420 | $485 | $418 | $394 | $375 |
| | | Associate | 25 | $55 | $126 | $255 | $155 | $125 | $259 |
| Kansas City MO | Litigation | Partner | 74 | $413 | $450 | $556 | $472 | $450 | $450 |
| | | Associate | 50 | $252 | $329 | $385 | $319 | $316 | $305 |
| | Non-Litigation | Partner | 101 | $411 | $487 | $615 | $519 | $487 | $464 |
| | | Associate | 73 | $250 | $320 | $385 | $322 | $312 | $285 |
| Las Vegas NV | Non-Litigation | Partner | 20 | $350 | $425 | $525 | $440 | $422 | $432 |
| | | Associate | 11 | $238 | $267 | $368 | $301 | $297 | $282 |
| Little Rock AR | Non-Litigation | Partner | 11 | $215 | $215 | $308 | $264 | $256 | $298 |
| Los Angeles CA | Litigation | Partner | 322 | $516 | $725 | $1,045 | $799 | $739 | $702 |
| | | Associate | 408 | $400 | $615 | $855 | $642 | $606 | $564 |
| | Non-Litigation | Partner | 521 | $596 | $868 | $1,201 | $903 | $902 | $858 |
| | | Associate | 667 | $441 | $603 | $845 | $653 | $712 | $648 |

Exhibit 8, Page 64

# Section III: Practice Area Analysis

## Intellectual Property: Patents
By City

**2022 — Real Rates for Associate and Partner**                    **Trend Analysis - Mean**

| City | Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Atlanta GA** | Partner | 15 | $621 | $692 | $782 | $699 | $618 | $587 |
| | Associate | 16 | $451 | $502 | $608 | $520 | $494 | $457 |
| **Austin TX** | Partner | 21 | $535 | $743 | $858 | $680 | $660 | $598 |
| | Associate | 24 | $401 | $569 | $683 | $530 | $506 | $516 |
| **Boston MA** | Partner | 31 | $550 | $693 | $836 | $675 | $682 | $654 |
| | Associate | 14 | $351 | $483 | $747 | $527 | $480 | $487 |
| **Chicago IL** | Partner | 30 | $447 | $573 | $849 | $693 | $629 | $644 |
| | Associate | 22 | $395 | $495 | $595 | $504 | $499 | $474 |
| **Cleveland OH** | Associate | 22 | $150 | $200 | $211 | $239 | $240 | $264 |
| **Dallas TX** | Partner | 11 | $728 | $924 | $995 | $886 | $748 | $685 |
| | Associate | 13 | $608 | $690 | $758 | $667 | $568 | $574 |
| **Houston TX** | Partner | 23 | $325 | $492 | $876 | $632 | $564 | $566 |
| | Associate | 45 | $200 | $245 | $335 | $297 | $257 | $237 |
| **Los Angeles CA** | Partner | 28 | $708 | $950 | $1,100 | $943 | $873 | $852 |
| | Associate | 83 | $575 | $765 | $890 | $736 | $698 | $660 |

Exhibit 8, Page 65

# Section IV: In-Depth Analysis for Select US Cities

## Los Angeles CA
By Practice Area and Firm Size

**2022 — Real Rates for Associate and Partner**                    **Trend Analysis - Mean**

| Practice Area | Firm Size | Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Employment and Labor: Other | 501-1,000 Lawyers | Partner | 33 | $567 | $677 | $870 | $748 | $653 | $612 |
| | | Associate | 32 | $325 | $380 | $525 | $459 | $479 | $471 |
| | More Than 1,000 Lawyers | Partner | 25 | $705 | $935 | $1,068 | $928 | $838 | $827 |
| | | Associate | 12 | $398 | $426 | $537 | $501 | $561 | $608 |
| Finance and Securities: Investments and Other Financial Instruments | 501-1,000 Lawyers | Partner | 13 | $676 | $950 | $1,037 | $999 | $842 | $798 |
| | More Than 1,000 Lawyers | Partner | 40 | $1,210 | $1,309 | $1,434 | $1,332 | $1,283 | $1,236 |
| | | Associate | 76 | $845 | $1,017 | $1,135 | $992 | $958 | $882 |
| Finance and Securities: Loans and Financing | 50 Lawyers or Fewer | Associate | 15 | $265 | $285 | $434 | $344 | $394 | $367 |
| | 201-500 Lawyers | Associate | 11 | $500 | $540 | $638 | $563 | $417 | $344 |
| | 501-1,000 Lawyers | Associate | 13 | $550 | $645 | $930 | $689 | $683 | $614 |
| Insurance Defense: Auto and Transportation | 50 Lawyers or Fewer | Partner | 22 | $250 | $250 | $265 | $280 | $238 | $239 |
| Insurance Defense: Other | 50 Lawyers or Fewer | Partner | 30 | $249 | $252 | $265 | $274 | $317 | $431 |
| | | Associate | 46 | $215 | $225 | $235 | $220 | $211 | $204 |
| | 51-200 Lawyers | Partner | 17 | $230 | $250 | $265 | $283 | $247 | $266 |
| | | Associate | 20 | $170 | $170 | $200 | $190 | $195 | $196 |
| Intellectual Property: Patents | More Than 1,000 Lawyers | Partner | 11 | $982 | $1,046 | $1,209 | $1,128 | $1,077 | $1,025 |
| | | Associate | 38 | $670 | $765 | $891 | $771 | $722 | $638 |

Exhibit 8, Page 66