JUSTIN M. SOBAJE (State Bar No. 234165), email: jsobaje@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071-2418
Telephone: 213-972-4500
Facsimile: 213-486-0065

JEANNE M. GILLS (*pro hac vice*)
email: jmgills@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Telephone: 312-832-4500
Facsimile: 312-832-4700

KELSEY C. BOEHM (*pro hac vice*)
email: kboehm@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, Colorado 80202
Telephone: 720-437-2000
Facsimile: 720-437-2200

Attorneys for Fashion Nova, LLC

LUCIA E. COYOCA (SBN 128314)
lec@msk.com
VALENTINE A. SHALAMITSKI
(SBN 236061), vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Fashion Nova, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE A. KELLY, an individual; and SARAHI FASHION HOUSE, INC., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FASHION NOVA, LLC, a California corporation,<br><br>Defendant. | CASE NO. 2:23-cv-02360-JAK(RAOx)<br><br>**FASHION NOVA, LLC'S OBJECTION TO PLAINTIFFS' UNAUTHORIZED SUPPLEMENTAL REPLY RE CONTEMPT**<br><br>HEARING DATE/TIME: AT COURT DISCRETION<br><br>REFERRED TO MAGISTRATE JUDGE ROZELLA A. OLIVER |

Defendant Fashion Nova, LLC ("Fashion Nova") submits this Objection to the supplemental reply re Contempt filed by Plaintiffs Suzette Kelly and Sarahi Fashion House, Inc. ("Plaintiffs") on March 1, 2025. (Dkt. Nos. 294-296.)

On January 27, 2025, the Court directed Plaintiffs to provide a supplemental filing by February 10, 2025, regarding their ability to pay the monetary sanctions previously ordered by the Court (Dkt. No. 219), which they did (Dkt. Nos. 267-71). On February 24, 2025, pursuant to the Court's Order, Fashion Nova submitted its response to Plaintiffs' supplemental filing. (Dkt. Nos. 291-93.) The Court did not order or request any further briefing or authorize any additional information to be submitted regarding Plaintiffs' ability to pay the sanctions award.

However, on March 1, 2025, Plaintiffs filed an unauthorized reply to Fashion Nova's response and submitted new financial information, and an application to file the reply and new financial information under seal. (Dkt. Nos. 294-96.) On March 3, 2024 the Court issued an order granting Plaintiffs' application to file the reply and related papers under seal but specifically noted that the Court had *not* granted leave to Plaintiffs to file a reply to Fashion Nova's response to Plaintiffs' supplemental submission. (Dkt. No. 297.)

Fashion Nova objects to Plaintiffs filing of a supplemental reply outside the scope of what the Court previously authorized the parties to submit. Fashion Nova requests that Plaintiff's unauthorized reply be disregarded in considering the relief to be granted in connection with this matter. If the Court is inclined to consider the unauthorized reply, Fashion Nova requests that the Court permit Fashion Nova an opportunity to file a response to Plaintiffs' belated and unauthorized filing.

DATED:  March 4, 2025

    */s/ Lucia E. Coyoca*
LUCIA E. COYOCA
VALENTINE A. SHALAMITSKI
MITCHELL SILBERBERG & KNUPP LLP

JEANNE M. GILLS
JUSTIN M. SOBAJE
KELSEY C. BOEHM
FOLEY & LARDNER LLP

ATTORNEYS FOR DEFENDANT
FASHION NOVA, LLC