JUSTIN M. SOBAJE (State Bar No. 234165), jsobaje@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071-2418
Telephone: 213-972-4500
Facsimile: 213-486-0065

JEANNE M. GILLS (*pro hac vice*)
jmgills@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Telephone: 312-832-4500
Facsimile: 312-832-4700

KELSEY C. BOEHM (*pro hac vice*)
kboehm@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, Colorado 80202
Telephone: 720-437-2000
Facsimile: 720-437-2200

LUCIA E. COYOCA (SBN 128314)
lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Fashion Nova, LLC*

CAROL GREEN VON KAUL
cgreen@vonkaul.legal
CAROL GREEN VON KAUL, P.A.
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131

DARIUSH G. ADLI
adli@adlilaw.com
ANI MARTIROSIAN
ani.martirosian@adlilaw.com
ADLI LAW GROUP P.C.
520 S. Grand Ave., Suite 695
Los Angeles, CA 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

*Attorneys for Plaintiffs*
*Suzette A. Kelly and*
*Sarahi Fashion House, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE A. KELLY, an individual; and SARAHI FASHION HOUSE, INC., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FASHION NOVA, LLC, a California corporation,<br><br>Defendant. | Case No. 2:23-cv-02360 JAK(RAOx)<br><br>**JOINT REPORT OF COUNSEL RE TRIAL DATES**<br><br>Status Conf.: March 24, 2025<br>Time: 11:30 am<br>Judge: Hon. John A. Kronstadt<br><br>Trial Date: TBD |

JOINT REPORT OF COUNSEL RE POTENTIAL TRIAL DATES

Pursuant to the Court's February 10, 2025 Minute Order re Final Pretrial Conference and Motions *in Limine*, counsel for Plaintiffs Suzette A. Kelly and Sarahi Fashion House, Inc. and Defendant Fashion Nova, LLC ("the Parties"), met and conferred regarding their respective positions as to potential new trial dates for this matter and jointly request that trial be set for September or October of 2025.

Subject to the Court's calendar and availability, the Parties, counsel, and potential witnesses in this matter are available for trial on the following dates:

- September 9 - 12, 2025
- October 14 - 17, 2025 or,
- October 21 - 24, 2025

Respectfully submitted,

DATED: March 18, 2025

*/s/ Lucia E. Coyoca*
Jeanne M. Gills
Justin M. Sobaje
Kelsey C. Boehm
FOLEY & LARDNER LLP

Lucia E. Coyoca
Valentine A. Shalamitski
MITCHELL SILBERBERG & KNUPP LLP

Attorneys for Defendant
Fashion Nova, LLC

DATED: March 18, 2025

*/s/ Carol Green Von Kaul*
Carol Green Von Kaul
CAROL GREEN VON KAUL, P.A.

Dariush G. Adli
Ani Martirosian
ADLI LAW GROUP P.C.

Attorneys for Plaintiffs
Suzette A. Kelly and Sarahi Fashion House, Inc.

## **Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Lucia E. Coyoca, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 18, 2025                               */s/ Lucia E. Coyoca*
                                                                      Lucia E. Coyoca