LUCIA E. COYOCA (SBN 128314)
lec@msk.com
KARIN G. PAGNANELLI
(SBN 174763)
kgp@msk.com
VALENTINE A. SHALAMITSKI
(SBN 236061)
vas@msk.com
MITCHELL SILBERBERG &
KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Fashion Nova, LLC

CAROL GREEN VON KAUL
cgreen@vonkaul.legal
CAROL GREEN VON KAUL, P.A.
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131

DARIUSH G. ADLI
adli@adlilaw.com
ANI MARTIROSIAN
ani.martirosian@adlilaw.com
ADLI LAW GROUP P.C.
520 S. Grand Ave., Suite 695
Los Angeles, CA 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Suzette A. Kelly and Sarahi Fashion House, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE A. KELLY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>FASHION NOVA, LLC,<br><br>Defendant.<br><br>FASHION NOVA, LLC,<br><br>Counter-Plaintiff,<br><br>v.<br><br>SUZETTE A. KELLY, *et al*.<br><br>Counter-Defendants. | Case No. 2:23-cv-02360-JAK(RAOx)<br><br>The Honorable John A. Kronstadt<br><br>**JOINT REPORT RE SETTLEMENT**<br><br>Trial Date: February 24, 2026 |

Pursuant to the Court's January 12, 2026 Order at the further Final Pretrial Conference (the "Further FPC"), counsel for Plaintiffs Suzette A. Kelly and Sarahi Fashion House, Inc. and counsel for Defendant Fashion Nova, LLC ("the Parties") jointly submit this statement regarding settlement positions.

After the Further FPC, counsel for the Parties discussed whether further mediation would be productive. The Parties have participated in two prior alternative dispute resolution procedures: (1) private mediation before mediator in Florida (Leslie J. Lott, Esq., of Lott & Fischer, PL) on February 17, 2023, while the case was pending in the Southern District of Florida; and (2) a Court-ordered settlement conference (*see* Dkt. 194) before Magistrate Judge Michael Wilner (now Ret.) on July 10, 2024. Neither were successful.

Counsel discussed whether settlement expectations had changed since the last settlement conference, and unfortunately do not believe that another mediation or settlement conference would be productive at this time.

Respectfully submitted,

DATED: January 16, 2026            */s/ Lucia E. Coyoca*
                                   Lucia E. Coyoca
                                   Karin Pagnanelli
                                   Valentine A. Shalamitski
                                   MITCHELL SILBERBERG & KNUPP LLP

                                   Attorneys for Defendant and Counter-Plaintiff Fashion Nova, LLC


DATED: January 16, 2026            */s/ Dariush G. Adli*
                                   Carol Green Von Kaul
                                   CAROL GREEN VON KAUL, P.A.

                                   Dariush G. Adli
                                   Ani Martirosian
                                   ADLI LAW GROUP P.C.

                                   Attorneys for Plaintiffs and Counter-Defendants Suzette A. Kelly and Sarahi Fashion House, Inc.

**Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Lucia E. Coyoca, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 16, 2026         */s/ Lucia E. Coyoca*
                                              Lucia E. Coyoca